AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

**xxx I Street., S.W., Apartment xxxx**
**Washington, DC**

## APPLICATION AND AFFIDAVIT
## FOR SEARCH WARRANT

CASE NUMBER:

(Further described below)

I      Wayne E. David                    being duly sworn depose and say:

I am a(n)    Officer with Metropolitan Police Department    and have reason to believe
                    (Official Title)
that ☐ on the person of or ☒ on the property or premises known as   (name, description and or location)

The property commonly known as **xxx I Street, SW**, **Apt# xxxx, Washington, D.C.**  This property is further described as a red brick in color apartment building with a billboard sign with the address of "**Capitol Park Plaza Apartments xxx I ST, SW**" on the outside of the apartment building. The front door of this apartment is beige in color with a silver knocker located in the center with the number **"xxxx"** engraved in dark bold lettering posted on the front door.

concerning a violation of Title   21   United States Code, Section(s) § 841(a)(1). The facts to support a finding of Probable Cause are as follows:

**SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN**

Continued on the attached sheet and made a part hereof.      ☒ YES   ☐ NO

Anthony Alexis
Federal Major Crimes Section
(202) 514-9416

Signature of Affiant
Wayne E. David, Officer
Metropolitan Police Department

Sworn to before me, and subscribed in my presence

_____      at Washington, D.C.
Date

_____      _____
Name and Title of Judicial Officer        Signature of Judicial Officer

**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

**In the Matter of the Search of:
xxx I Street, SW, Apartment # xxxx
Washington, DC**

1.      I, Wayne E. David, being duly sworn, hereby depose and state the following:

I have been an officer with the Metropolitan Police department since December 1998. During this time, I have participated in excess of over 300 arrests for narcotic violations, and more then 50 arrests for weapons violations and have been an affiant of 7 search warrants. I have been involved in the execution of over 75 search warrants. I have also completed Basic Narcotic Investigation Course, Traffic Course and other classes/seminars given by Metropolitan Police Department. The training has been related to narcotic trafficker/distributions, financial investigations, seizure of narcotic and weapon evidence, obtaining and execution of search warrants and the basics of narcotic investigations.

2.      Based upon my training, experience and the participation in narcotic and drug-related and firearms investigations, I know that: Individuals who deal in illegal controlled substances maintain books, records, receipts, notes, ledger, bank records, money orders and other paper relating to important, manufacture, transportation, ordering, sales and distribution of illegal controlled substances. These books, records, receipts, notes, ledgers, bank records, money orders, etc., are maintained where the dealers in illegal controlled substances have ready access to them, such as in the places of operation of the drug distribution activity, such as a house or safe house, or in a business location where the trafficker is associated.

3.      The information set forth below is based upon my personal observations or upon information provided to me by other law enforcement officers participating in the investigation as

indicated. Because the purpose of this affidavit is only to establish probable cause for a search of the Target Residence and the seizure of evidence, fruits, and instrumentalities of crime, I have not set forth each and every fact known concerning this investigation.

4. Based on the facts set forth in this affidavit, I respectfully submit that there is probable cause to believe that there is presently concealed, or will be concealed upon completion of a controlled delivery of a package known to contain controlled dangerous substances, in the premises known and described in Attachment A hereto, all of which constitutes evidence, fruits, and instrumentalities of, violations 21 U.S.C. § 841(a)(1). which prohibit the importation of controlled substances and any attempt to do so.

## OVERVIEW OF INVESTIGATION

5. On September 14, 2007 Officers Truby, Fawzi and David were assigned to the Third District Auto Theft Unit working the evening tour of duty utilizing a marked police cruiser.

6. At approximately 1845 hours while traveling westbound in the 1300 block of Columbia Road, NW, the officers observed a gray Chevy Caprice (bearing VA tag- xxxxxxxx) attempting to parallel park on the southside of the street. As the officers were approaching the Chevy Caprice, officers observed that Defendant Davin had parked his vehicle rear bumper on the vehicle behind him, at which time the team initiated a traffic stop to investigate Defendant Davin's condition. Defendant Davin was asked for his driver's licence and registration to the vehicle. Defendant Davin produced a Virginia Identification card and paper work for the State of Virginia stating that his driving privileges are restricted to only working hours and only in the state of Virginia. A WALES/NCIC check was conducted by Ofc. David of Defendant Davin's

2

information for permit status, which revealed Defendant Davin status was suspended in Virginia. It was at this time Defendant Alden J. Davin was placed under arrest for No DC Permit.

7. A search incident to arrest of defendant Davin's vehicle, revealed a black plastic bag containing two clear sandwich bags. Sandwich bag #1 contained 28 zips containing a white rock like substance weighing approximately 88 grams with packaging. Sandwich bag #2 contained 12 zips containing a white rock like substance weighing approximately 31.1 grams with packaging was hidden in the driver's side air conditioning vent that was recovered by Ofc David.

8. A small portion of the white rock like substance was field tested which yielded a positive color reaction for the presence of cocaine base.

9. Additionally, Ofc David recovered $1183.00 US Currency from the passenger seat map pocket.

10. The additional charge of CSA PWID Crack Cocaine was added.

11. The US Currency and the Vehicle, as well as two cell phones were taken for civil forfeiture.

12. D-1 was positively identified as Alden Davin, DOB-xx/xx/xx, SSN-xxx-xx-xxxx by his Virginia State issued identification card.

13. On September 18, 2007 the Affiant confirmed that Mr. Davin's residence is xxx I Street #xxx S.W. Washington, D.C. Mr. Davin's residence was confirmed through the Justice Information System for the District of Columbia (JUSTIS) and through the Pretrial Services Agency Portal (PRISIM).Mr Davin's file was updated and verified on 9/17/07 by V. Williams of Pretrial Services by Officer Truby.

**CONCLUSION**

14.     Based upon the above facts, information, investigation, and your affiant's experience and training, there is probable cause to believe that xxx **I Street, Southwest, Apartment #xxxx, Washington, D.C.,** contains drugs and other evidence of drugs including paraphernalia and books, papers and ledger related to drugs which also are a violation of 21 U.S.C. § 841(a)(1).

15.     Therefore, your affiant respectfully requests that a D.C. Superior Court Search Warrant be issued for the property commonly known as **xxx I Street, Southwest, Apartment # xxxx, Washington, D.C.,** for the Seizure of any and all narcotics, narcotic paraphernalia, books, papers, records, ledgers, and monies relating to the distribution of narcotics and proof of residency and any property derived from narcotic trafficking.

Dated this _____ day of September 2007

_____
Wayne E. David
Officer
Metropolitan Police Department

Sworn to before me this
_____ day of September 2007

_____

UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLUMBIA

Attachment A

This affidavit is being submitted in support of an application for authorization to search the following address: The property commonly known as **xxx I Street, SW**, **Apt# xxxx, Washington, D.C.** This property is further described as a red brick in color apartment building with a billboard sign with the address of "**Capitol Park Plaza Apartments xxx I ST, SW**" on the outside of the apartment building. The front door of this apartment is beige in color with a silver knocker located in the center with the number "**xxxx**" engraved in dark bold lettering posted on the front door.