AO93(Rev 5/85)Search Warrant

# UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

**201 I Street., S.W., Apartment V527**
**Washington, DC**

**FILED**

**OCT - 1 2007**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## SEARCH WARRANT

CASE NUMBER: **07-464-M-01**

TO:   Wayne E. David   and any Authorized Officer of the United States

Affidavit(s) having been made before me by  Officer Wayne E. David  who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

The property commonly known as **201 I Street, SW, Apt# V527, Washington, D.C.** This property is further described as a red brick in color apartment building with a billboard sign with the address of "**Capitol Park Plaza Apartments 201 I ST, SW**" on the outside of the apartment building. The front door of this apartment is beige in color with a silver knocker located in the center with the number "**V527**" engraved in dark bold lettering posted on the front door.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before   _September 29 2007_
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

SEP 19 2007

_____                                   at Washington, D.C.
Date and Time Issued

**JOHN M. FACCIOLA**
**U.S. MAGISTRATE JUDGE**                                    _/s/ John M. Facciola_
_____                                   _____
Name and Title of Judicial Officer                            Signature of Judicial Officer

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| 9/19/07 | 9/28/07 2056 HR | INSIDE HOME |
| INVENTORY MADE IN THE PRESENCE OF |||

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

2 SCALES, NUMEROUS ZIPLOCK BAGGIE, RAZOR BLADES, MAIL MATTER. WD

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_Wayne E. David_

Subscribed, sworn to, and returned before me this date.

_____  10/1/07
U S Judge or U S Magistrate Judge     Date